**1:CV-01-0079**

James E. Bethea - 04286-000
_(Petitioner)_

Donald Romine
_(Respondent(s))_

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, JAMES E. BETHEA 04286-000 _____ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefor; that I believe I am entitled to relief.

FILED SCRANTON
JAN 16 2001
____ /s/ ____
DEPUTY CLERK

1.  Are you presently employed?    ☐ Yes    ☒ No

    a.  If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.

        _____

    b.  If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

        _____

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a.  Business, profession, or form of self employment?    ☐ Yes    ☒ No
    b.  Rent payment, interest or dividends?                 ☐ Yes    ☒ No
    c.  Pension, annuities or life insurance payments?       ☐ Yes    ☐ No
    d.  Gifts or inheritances?                               ☐ Yes    ☒ No
    e.  Any other sources?                                   ☐ Yes    ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

    _____ N/A _____

3.  Do you own any cash, or do you have any money in a checking or saving account?  (Include any funds in prison accounts)

    If the answer is yes, state the total value of the items owned.

    _____ N/A _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?    ☐ Yes    ☒ No

    If the answer is yes, state the total value of the items owned.

    _____ N/A _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 8 of 9

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_N/A_

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _1-3-2001_
(date)

_James E. Bethea_
Signature of Petitioner

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ _.22_ on account to his credit at the _UNITED STATES PENITENTIARY, LEWISBURG PA_ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _NONE_ institution

DATED _01/05/01_            _B. Sholly_
                            Authorized Officer of Institution

                            _INMATE ACCOUNTS, USP LEWISBURG_
                            Title of Officer

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY