IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. BETHEA, | : | CIVIL ACTION NO. **1:CV-01-0079** |
| Petitioner | : | (Judge Kane) |
| v. | : | (Magistrate Judge Blewitt) |
| DONALD ROMINE, | : | |
| Respondent | : | |

### ORDER

AND NOW, this 24th day of **January, 2001**, IT IS HEREBY ORDERED THAT:

1. Petitioner's request to proceed in forma pauperis **(Doc. 2)** is GRANTED.

2. The Clerk of Court is directed forthwith to serve a copy of the Petition (Doc. 1), together with this Order, by certified mail on the Respondent.

3. Respondent shall show cause within twenty (20) days of the date of this Order why the petitioner should not be granted habeas corpus relief;

4. A determination as to whether or not the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response; and

FILED
SCRANTON

JAN 2 4 2001

PER _____
DEPUTY CLERK

     5. Petitioner shall, if he so desires, file a reply to the response to the show cause order within ten (10) days of its filing.

                                                                */s/*
                                            **THOMAS M. BLEWITT**
                                            **United States Magistrate Judge**

Dated: January 24, 2001