**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    U. S. Attorney General, Janet Reno
    Room #5111 Main Justice Building
    10th & Constitution Avenue
    Washington D.C. 20530

    [stamp: DEPARTMENT OF JUSTICE JAN 29 2001]

2. Article Number (Copy from service label): [illegible]   1-01-CV-79   3 of 3

COMPLETE THIS SECTION ON DELIVERY
- A. Received by (Please Print Clearly) / B. Date of Delivery: [DEPARTMENT OF JUSTICE JAN 29 2001]
- C. Signature: X Ernest L. Parker
  - ☐ Agent
  - ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   - ☑ Certified Mail    ☐ Express Mail
   - ☐ Registered        ☐ Return Receipt for Merchandise
   - ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt   SC Order 1/29/01   102595-99-M-1789

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    David Barasch, U.S. Attorney
    P.O. Box 11754
    Harrisburg, Pa. 17108

2. Article Number (Copy from service label): 7000 0520 0023 0166 2206   1-01-CV-79   2 of 3

COMPLETE THIS SECTION ON DELIVERY
- A. Received by (Please Print Clearly) / B. Date of Delivery: JAN 26 2001
- C. Signature: X [signature]
  - ☐ Agent
  - ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   - ☐ Certified Mail    ☐ Express Mail
   - ☐ Registered        ☐ Return Receipt for Merchandise
   - ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt   SC Order 1-24-01   102595-99-M-1789

---

**Receipt 3:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

    Donald Romaine
    Lewisburg Penitentiary
    P.O. Box 1000
    Lewisburg PA 17837

COMPLETE THIS SECTION ON DELIVERY
- A. Received by (Please Print Clearly): E. Lockcuff / B. Date of Delivery: 1-25-01
- C. Signature: X [signature]
  - ☐ Agent
  - ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   - ☑ Certified Mail    ☐ Express Mail
   - ☐ Registered        ☐ Return Receipt for Merchandise
   - ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

---

F[ILED]
HARRIS[BURG]
FEB [...]
MARY E. D'[...]
Per [...]

1-01-CV-[79]
Show C[ause]
On [...]
1-24 [...]