

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. BETHEA, | : | CIVIL ACTION NO. 1:CV-01-0079 |
| Petitioner | : | (Judge Kane) |
| v. | : | (Magistrate Judge Blewitt) |
| DONALD ROMINE, | : | |
| Respondent | : | |

### ORDER

AND NOW, this 21st day of **February, 2001**, IT IS HEREBY ORDERED THAT:

1. Respondent's Motion for Enlargement of Time **(Doc. 4)** is **GRANTED**.

2. Respondent shall be afforded additional time, until **March 30, 2001**, to respond to the Petition for writ of habeas corpus.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: February 21, 2001

FILED
SCRANTON

FEB 21 2001

PER_____
DEPUTY CLERK