IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. BETHEA, | : | CIVIL ACTION NO. **1:CV-01-0079** |
| Petitioner | : | (Judge Kane) |
| v. | : | (Magistrate Judge Blewitt) |
| DONALD ROMINE, Warden, | : | |
| Respondent | : | |

**ORDER**

FILED
SCRANTON
MAY 2 2001
PER _____
DEPUTY CLERK

AND NOW, this **2nd** day of **May, 2001**, **IS HEREBY ORDERED** that the Respondent shall show cause within ten (10) days of the date of this Order why the Petitioner should not be immediately released based upon the language contained in the Notice of Action that indicates that the Petitioner had already served beyond the top of the rescission guideline range at the time of his rescission hearing before the United States Parole Commission. (Doc. 9, R. 20).

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: May 2, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

May 2, 2001

Re:  1:01-cv-00079   Bethea v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

James E. Bethea
US Pentitentary, at Lewisburg
04286-000
POB 1000
Lewisburg, PA  17837

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

```
cc:
Judge                           ( )              ( ) Pro Se Law Clerk
Magistrate Judge                ( )              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

*JB 5/2/01*