ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES E. BETHEA, :
      Petitioner : No. 1:CV-01-0079
       :
      v. : (Kane, J.)
       : (Blewitt, M.J.)
DONALD ROMINE, :
      Respondent :

FILED
HARRISBURG
MAY 1 6 2001
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

RESPONDENT'S EXHIBIT IN SUPPORT
OF ITS RESPONSE TO SHOW CAUSE ORDER

MARTIN C. CARLSON
United States Attorney

KATE L. MERSHIMER
Assistant United States Attorney
SHELLEY L. GRANT
Paralegal Specialist
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA  17108-1754
717/221-4482

Date: May 16, 2001

# TAB - 1

```
05/09/01  16:59 FAX 301 492 5563      US PAROLE COMMISSION                    ☒004
```

```
5H     PAR1H  540*23 *        SENTENCE MONITORING           *    05-09-2001
PAGE 001          *           COMPUTATION DATA              *    14:12:19
                              AS OF 05-09-2001
```

REGNO..: 04286-000 NAME: BETHEA, JAMES E

```
FBI NO...........: 797197K2           DATE OF BIRTH: 09-20-1955
ARS1.............: LEW/A-DES
UNIT.............: UNIT 1              QUARTERS.....: A03-301L
DETAINERS........: NO                  NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-18-2001 VIA MAND PAR

---------------------------CURRENT JUDGMENT/WARRANT NO: 010------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F-3827-85B/F-391-83C
JUDGE............................: UGAST
DATE SENTENCED/PROBATION IMPOSED: 03-17-1986
DATE PROBATION REVOKED...........: 03-26-1991
TYPE OF PROBATION REVOKED........: REG
DATE WARRANT ISSUED..............: 03-26-1991
DATE WARRANT EXECUTED............: 03-28-1991
DATE COMMITTED...................: 04-06-1995
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                 FELONY ASSESS   MISDMNR ASSESS   FINES       COSTS
NON-COMMITTED.:  $20.00          $00.00           $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00
```

---------------------------CURRENT OBLIGATION NO: 010-----------------------------
OFFENSE CODE....: 644
OFF/CHG: ROBBERY - 22 DCC 2901

```
SENTENCE PROCEDURE...............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS
NEW SENTENCE IMPOSED.............:     8 YEARS      11 DAYS
BASIS FOR CHANGE.................: PAROLE VIOLATOR WARRANT EXEC
5H    RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER.....: CONSECUTIVE TO 020
DATE OF OFFENSE..................: 05-24-1985
```

G0002        MORE PAGES TO FOLLOW . . .

```
05/09/01  17:00 FAX 301 492 5563        US PAROLE COMMISSION                    ☒005
```

```
5H      PAR1H   540*23  *           SENTENCE MONITORING           *    05-09-2001
PAGE 002                *           COMPUTATION DATA              *    14:12:19
                                    AS OF 05-09-2001
```

REGNO..: 04286-000 NAME: BETHEA, JAMES E

------------------------CURRENT JUDGMENT/WARRANT NO: 020 -------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F-1261-91B
JUDGE............................: RICHTER
DATE SENTENCED/PROBATION IMPOSED.: 04-15-1991
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 04-06-1995
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:
```

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 605
OFF/CHG: SECOND DEGREE BURGLARY - 22 DCC 1801(B)

```
 SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    90 MONTHS
 MINIMUM TERM...................:    30 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE TO 010
 DATE OF OFFENSE................: 02-05-1991
```

G0002       MORE PAGES TO FOLLOW . . .

```
5H     PAR1H  540*23 *          SENTENCE MONITORING          *     05-09-2001
PAGE 003 OF 003 *               COMPUTATION DATA             *     14:12:19
                                AS OF 05-09-2001
```

REGNO..: 04286-000 NAME: BETHEA, JAMES E

------------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-03-2001 AT LEW AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010

```
DATE COMPUTATION BEGAN..........: 03-28-1991
AGGREGATED SENTENCE PROCEDURE...: DC CODE OLD LAW / GTCA AGGREGATE
CONTROLLING SENTENCE............: DC GTCA/OMNIBUS
TOTAL TERM IN EFFECT............:    15 YEARS     6 MONTHS    11 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    15 YEARS     6 MONTHS    11 DAYS
AGGREGATED MINIMUM TERM.........:    30 MONTHS

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     02-05-1991   03-27-1991

TOTAL JAIL CREDIT TIME..........: 51
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1863
PAROLE ELIGIBILITY..............: 02-08-1993
STATUTORY RELEASE DATE..........: 07-12-2001
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 08-18-2006

PAROLE EFFECTIVE................: 06-08-2001
NEXT PAROLE HEARING DATE........: 12-00-2000
TYPE OF HEARING.................: RESCISSION

PROJECTED SATISFACTION DATE.....: 05-18-2001
PROJECTED SATISFACTION METHOD...: MAND PAR

REMARKS........: SENTENCE COMPUTATION PROVIDED BY THE D. C. DEPARTMENT OF
                 CORRECTIONS. THE 180-DAY DATE DOES NOT APPLY TO THIS
                 SENTENCE. NOTICE OF ACTION DATED 08-04-00: REOPEN AND
                 RETARD PAROLE EFFECTIVE DATE OF 06-16-00 AND SCHEDULE FOR
5H               A RESCISSION HEARING ON THE NEXT AVAILABLE DOCKET.
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES E. BETHEA,                    :
       Petitioner           :   No. 1:CV-01-0079
                             :
       v.                    :   (Kane, J.)
                             :   (Blewitt, M.J.)
DONALD ROMINE,                      :
       Respondent           :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 16, 2001, she served a copy of the attached

**RESPONDENT'S EXHIBIT IN SUPPORT
OF ITS RESPONSE TO SHOW CAUSE ORDER**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelope and contents in the United States Mail in Harrisburg, Pennsylvania.

Addressee:

James E. Bethea
Reg. No. 04286-000
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

*Shelley L. Grant*
SHELLEY L. GRANT
Paralegal Specialist