IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. BETHEA | : | CIVIL ACTION NO. 1:CV-01-0079 |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | FILED |
| DONALD ROMINE, Warden | : | HARRISBURG, PA |
| Respondent | : | JUN 2 2 2001 |
| | : | MARY E. D'ANDREA, CLERK |
| | | Per _____ Deputy Clerk |

ORDER

Before the court in the captioned action is a May 21, 2001 report of the magistrate judge recommending that the petition for a writ of habeas corpus, (Doc. No. 1), be dismissed as moot. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED** as moot.

3) The Clerk of Court shall close the file.

_____
YVETTE KANE
United States District Judge

Dated: 22 June, 2001.

Certified from the record
Date 6-22-01
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

June 22, 2001

Re: 1:01-cv-00079    Bethea v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

James E. Bethea
US Pentitentary, at Lewisburg
04286-000
POB 1000
Lewisburg, PA  17837

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

```
cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               (✓)           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (✓)
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen  ( )
                                        DA of County ( )   Respondents  ( )

Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

6-22-01