JUN 27 2001

U.S. OFFICIAL MAIL
U.S. POSTAGE
$0.340
MARY E. D'ANDREA, CLERK
PRIVATE
USE $300
METER
N 590023

RETURN TO SENDER
RELEASED
TRANSFERRED  ✗
WRIT OVER 30 DAYS
NEED NUMBER TO IDENTIFY

15
6/28
vy

**FILED**
**HARRISBURG**

JUN 27 2001

MARY E. D'ANDREA, CLERK
Per _____
         DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

James E. Bethea
US Pentitentary, at Lewisburg
04286-000
POB 1000
Lewisburg, PA   17837


Re: 1:01-cv-00079

------------------------------


------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA   17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Malachy E. Mannion<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA   18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA   17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. BETHEA | : CIVIL ACTION NO. 1:CV-01-0079 |
| Petitioner | : (Judge Kane) |
| | : (Magistrate Judge Blewitt) |
| v. | : |
| DONALD ROMINE, Warden | : |
| Respondent | : |

FILED
HARRISBURG, PA

JUN 2 2 2001

MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

## ORDER

Before the court in the captioned action is a May 21, 2001 report of the magistrate judge recommending that the petition for a writ of habeas corpus, (Doc. No. 1), be dismissed as moot. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED** as moot.

3) The Clerk of Court shall close the file.

_____
YVETTE KANE
United States District Judge

Dated: 22 June, 2001.